# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE WILLIAMS,<br><br>                  Plaintiff(s),<br><br>vs.<br><br>LMG LAS VEGAS, LLC, et al.,<br><br>                  Defendant(s). | Case No. 2:16-cv-02996-APG-VCF<br><br>**ORDER** |

In light of the parties' notice of settlement, the Court hereby VACATES the early neutral evaluation set for June 6, 2017.

IT IS SO ORDERED.

Dated: April 20, 2017

_____
Nancy J. Koppe
United States Magistrate Judge